203 F.3d 529 (8th Cir. 2000)
 CHRISTINE J. NANNINGA, individually, and on behalf of Larry L. Nanninga and Scott M. Nanninga, and as personal representative of the estate of Bruce E. Nanninga, deceased; LARRY L. NANNINGA; SCOTT M. NANNINGA, Plaintiffs - Appellants,
v.
THREE RIVERS ELECTRIC COOPERATIVE, a Missouri Corporation, Defendant -Appellee.
 No. 98-4040
 United States Court of Appeals FOR THE EIGHTH CIRCUIT
 Submitted: September15, 2000
Filed: February 8, 2000
 
 1
 NOTE: THIS OPINION HAS BEEN VACATED. SEE OPINION AT 236 F.3d 902.